UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                            :
UNITED STATES OF AMERICA                    :

           -v-                                     :          22-CR-492-1 (JMF)

EDWIN REYES,                            :          <u>SCHEDULING ORDER</u>

                  Defendant.                  :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       It is hereby ORDERED that sentencing in this matter, presently scheduled for **September 13, 2023**, is RESCHEDULED to **September 14, 2023,** at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

       SO ORDERED.

Dated: September 6, 2023
       New York, New York

                                                     JESSE M. FURMAN
                                                United States District Judge